Shirley ROGERS; Tracy Rogers, Plaintiffs–Appellants,

v.

U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, Defendant–Appellee.

No. 08–1079.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 30, 2008.

Decided: Nov. 17, 2008.

Robert D. Weiss, Fairfax, Virginia, for Appellants. Chuck Rosenberg, United States Attorney, Kevin J. Mikolashek, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirley Rogers and Tracy Rogers appeal the district court's order granting summary judgment in favor of the United States Department of Housing and Urban Development. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rogers v. United States*

*Dep't of Hous. & Urban Dev.,* No. 1:06–cv–01124–CMH–BRP (E.D. Va. filed Oct. 25, 2007 & entered Oct. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*